UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
RAHIEM MCFADDEN,

                                    Plaintiff,

                -against-

THE CITY OF NEW YORK, POLICE OFFICER KIM
REYNOLDS SHIELD # 13148, POLICE OFFICER ALEXANDR
VILLALONA SHIELD # 25443

                                  Defendants.
----------------------------------------------------------------x

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL AS TO POLICE OFFICER KIM REYNOLDS**

12 CV 616 (JG) (RER)

**WHEREAS,** plaintiff Rahiem McFadden commenced this action on February 8, 2012, by filing a complaint against defendants the City of New York, Police Officer Kim Reynolds and Police Officer Alejandr Villalona, alleging, *inter alia,* violations of his civil rights pursuant to 42 USC § 1983 and state law claims arising out of his arrest on or about February 8, 2011; and

**WHEREAS** plaintiff now wants to voluntarily dismiss Police Officer Kim Reynolds from this action;

**IT IS HEREBY STIPULATED AND AGREED THAT,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Police Officer Kim Reynolds is dismissed as a defendant and all claims that were or could have been asserted on plaintiff's behalf against Police Officer Kim Reynolds in the this action are dismissed without prejudice.

Dated:       New York, New York
                March 15, 2012

| | |
|---|---|
| Nicholas Mindicino, Esq.<br>Stoll, Glickman & Bellina, LLP<br>Attorneys for Plaintiff<br>475 Atlantic Avenue<br>Brooklyn, New York 11217<br>P: (718) 852-3710<br>F: (718) 852-3586<br>NMindicino@stollglickman.com<br><br>By: _____<br>     Nicholas Mindicino, Esq. | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Defendant City of New York<br>100 Church Street, Room 3-210<br>New York, New York 10007<br>(212) 442-8678 (direct)<br>(212) 788-9776 (fax)<br>ofarrell@law.nyc.gov<br><br>By: _____<br>     Odile M. Farrell<br>     Assistant Corporation Counsel |