

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**ODILE M. FARRELL**
*Assistant Corporation Counsel*
Room 3-210
Telephone: (212) 442-8678
Facsimile: (212) 788-9776
ofarrell@law.nyc.gov

August 15, 2012

**By ECF**
The Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

    Re:    <u>Rahiem McFadden v. City of New York, et al.</u>, 12-CV-00616 (JG)(RER)

Your Honor:

    I am the Assistant Corporation Counsel assigned to the defense of the above-referenced matter.  I write to inform the Court that the parties reached a settlement agreement today.  A Stipulation of Settlement and Order of Dismissal will be forwarded to the Court upon execution by the parties.

    Respectfully submitted,

    /s

    Odile M. Farrell
    Assistant Corporation Counsel
    Attorney for Defendants

cc:    Nicholas Mindicino, Esq. (by ECF)